1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEAN MARC VAN DEN HEUVEL,                 No.  2:24-cv-0470-TLN-SCR

12                 Plaintiff,

13          v.                                 ORDER TO SHOW CAUSE

14   HON. WARREN C. STRANCENER et al,

15                 Defendants.

16

17          Plaintiff is proceeding pro se in this action, which was accordingly referred to Magistrate

18   Judge Deborah Barnes and reassigned to the undersigned on August 6, 2024.  ECF Nos. 1, 3.

19   Plaintiff filed what he asserted was a motion for leave to proceed in forma pauperis ("IFP")

20   alongside his Complaint on February 12, 2024.  ECF No. 2; *see* 28 U.S.C. § 1915(a)(1).  On

21   August 5, 2025, the Court denied the application, in part because Plaintiff had in fact filed a form

22   order for granting or denying such an application and failed to provide any financial information

23   in support thereof.  ECF Nos. 2, 4.  The Court ordered Plaintiff to either refile the application or

24   pay the filing fees within 30 days.  ECF No. 4 at 4.

25          To date, Plaintiff has neither paid the filing fees for this action nor refiled his IFP

26   application.  Nor has Plaintiff addressed the Court's concern that this case is duplicative of one

27   previously dismissed, *Van den Heuvel v. Strancener, et al.*, 2:23-cv-00278 (closed Nov. 17,

28   2023).  *See* ECF No. 4 at 4.  Plaintiff is ORDERED TO SHOW CAUSE, within 14 days of this

                                                    1

1  order, as to why this action should not be dismissed for failure to prosecute.  Alternatively, paying

2  the filing fee or filing a complete IFP application will discharge this order, provided such IFP

3  application addresses the deficiencies previously identified by this Court.  *See* ECF No. 4.

4  Failure to take any of these actions within 14 days of this order will result in the undersigned

5  recommending that this case be dismissed by the district judge assigned to this case.

6        SO ORDERED.

7  DATED: November 17, 2025

8

9                                        SEAN C. RIORDAN
                                         UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28