UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>HON. WARREN C. STRANCENER et al.,<br><br>Defendants. | No. 2:24-cv-0470-TLN-SCR<br><br><br>FINDINGS AND RECOMMENDATIONS |

    Plaintiff is proceeding pro se in this action, which was accordingly referred to Magistrate Judge Deborah Barnes and reassigned to the undersigned on August 6, 2024. ECF Nos. 1, 3. Plaintiff filed what he asserted was a motion for leave to proceed in forma pauperis ("IFP") alongside his Complaint on February 12, 2024. ECF No. 2; *see* 28 U.S.C. § 1915(a)(1). On August 5, 2025, the Court denied the application, in part because Plaintiff had in fact filed a form order for granting or denying such an application and failed to provide any financial information in support thereof. ECF Nos. 2, 4. The Court ordered Plaintiff to either refile the application or pay the filing fees within 30 days. ECF No. 4 at 4.

    On November 17, 2025, having not received any response from Plaintiff, the Court issued an Order to Show Cause as to why this action should not be dismissed for failure to prosecute. ECF No. 5. Plaintiff was given 14 days to respond to the OSC, or alternatively to pay the filing

1

fee or file a complete IFP application addressing the deficiencies previously identified by this Court. *Id.* at 1-2 (citing ECF No. 4). To date, Plaintiff not responded to the OSC, paid the filing fees, or refiled his IFP application. Nor has Plaintiff addressed the Court's concern that this case is duplicative of one previously dismissed, *Van den Heuvel v. Strancener, et al.*, 2:23-cv-00278 (closed Nov. 17, 2023). *See* ECF No. 4 at 4.

Accordingly, **IT IS HEREBY RECOMMENDED THAT** this action be DISMISSED WITHOUT PREJUDICE, for failure to prosecute.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 5, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE