UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL, | No. 2:24-cv-00470-TLN-SCR |
| Plaintiff, | |
| v. | **ORDER** |
| HON. WARREN C. STRANCENER, et al., | |
| Defendants. | |

Plaintiff Jean Marc Van Den Heuvel ("Plaintiff") is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On December 5, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. (ECF No. 6.) Plaintiff has not filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be

---

[1] Service of the findings and recommendations was attempted by mail but returned as undeliverable. The deadline to file a Notice of Change of Address was set for February 5, 2026. To date, Plaintiff has not filed such notice. It is a party's duty to ensure that the Court has up-to-date contact information and can serve the party as necessary.

1

supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 5, 2025 (ECF No. 6) are adopted in full; and

2. This action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IT IS SO ORDERED.

Date: March 16, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE